429 A.2d 79

Commonwealth v. Pecoraro, Appellant.

Submitted November

588

16, 1979. Norman A. Levine, for appellant; Donald E. Williams, District Attorney, for Commonwealth, appellee.

Before PRICE, HESTER, and CAVANAUGH, JJ.

Judgment of sentence affirmed.